No. 2927.—THE STATE OF LOUISIANA, ex rel. JOHN R. CLAY, v. O. C. BLANDIN.

In a suit to test the right to office under the intrusion act, the appeal from the judgment of the court below must be taken, returnable in ten days after the judgment of the lower court. Section 7, act, approved March 16, 1870.

Therefore, an appeal taken more than ten days after the judgment of the lower court, in a suit to test the right to an office, will be dismissed, unless it be shown that the fault was not attributable to the appellant.

APPEAL from Eighth District Court, parish of Orleans. *Dibble*, J. *Simeon Belden*, Attorney General, and *E. Filleul*, for relator. *Cotton & Levy*, for defendant and appellant.

，This case was tried by a jury in the court below.

LUDELING, C. J. The question involved in this case is the right to the office of State Tax Collector for the Third District of New Orleans.

State, ex rel. Clay, v. Blandin.

The motion to dismiss the appeal must prevail. This appeal was applied for on the first of October, 1870; the judgment was rendered on the fourteenth June, 1870. The seventh section of the act entitled "An Act relative to the Supreme Court, and to regulate the terms thereof, the proceedings therein, appeals thereto, and processes against sureties on appeal bonds," approved March sixteenth, 1870, declares, "that in all cases in which the right to office is involved, and an appeal is taken from the judgment of the lower court, it shall be returnable in ten days after the judgment of the lower court," etc. In this case the fault is attributable to the appellants, who did not apply for an appeal until three months had elapsed.

It is, therefore, ordered that the appeal be dismissed at the costs of the appellant.